IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION


PATRICIA B. MILLS,                              )
ADMINISTRATOR OF THE ESTATE                     )      Case No. 4:05-CV-00059
OF BRIAN LEE MILLS, DECEDENT                    )
                                                )
                                                )      **ORDER**
            Plaintiff,                          )
                                                )
v.                                              )      By: Jackson L. Kiser
                                                )          Senior United States District Judge
TERRENCE D. SANDERS, AND                        )
SCHNEIDER NATIONAL CARRIERS,                    )
INC.                                            )
                                                )
            Defendants.                         )

On December 30, 2005 the Defendants in this case filed a *Motion for Summary Judgment*

[24].  A *Pretrial Order* [10] in this case was signed by this Court on October 20, 2005.  The

fourth paragraph of the *Pretrial Order* allows the Plaintiff fourteen days to respond to the

*Defendants' Motion for Summary Judgment*. The fourth paragraph of the *Pretrial Order* also

states: **"EXCEPT FOR GOOD CAUSE SHOWN, IF BRIEFS IN OPPOSITION TO THE**

**MOTIONS ARE NOT FILED, IT WILL BE DEEMED THAT THE MOTION IS WELL**

**TAKEN."**

The Defendants filed a letter [26] with this Court on January 20, 2006, well after the time

in which the *Pretrial Order* required a response from the Plaintiff, and sent copies to the

Plaintiff's counsel.  In its letter, the Defendants requested that this Court accept the *Defendants'*

*Motion for Summary Judgment* as well taken and grant the *Motion*.

It is hereby **ordered**, in compliance with the *Pretrial Order*, that this Court will accept

-1-

the *Defendants' Motion for Summary Judgment* as well taken and grant the *Motion* unless the

Defendants file a memorandum with this Court within fourteen days of the docketing of this

*Order* showing good cause for not complying with the *Pretrial Order*.


The Clerk of the Court is hereby directed to send a certified copy of this *Order* to all

counsel of record.


Entered this 1st day of February, 2006.


s/Jackson L. Kiser
Senior United States District Judge