IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PATRICIA B. MILLS, ADMINISTRATOR OF THE ESTATE OF BRIAN LEE MILLS, DECEDENT <br><br> Plaintiff, <br><br> v. <br><br> TERRENCE D. SANDERS, AND SCHNEIDER NATIONAL CARRIERS, INC. <br><br> Defendants. | Case No. 4:05-CV-00059 <br><br> **ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

Before this Court is the Defendants' *Motion for Summary Judgment* [24]. Oral arguments on the Defendants' *Motion* were held on March 20, 2006. The *Motion* is now ripe for judgment.

For the reasons stated in the accompanying *Memorandum Opinion*, the Defendants' *Motion* is hereby **granted**, and this case is hereby **dismissed** from the docket of this Court.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 24th day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge

-1-